United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JONES, <br><br> Petitioner, <br><br> vs. <br><br> CONNIE GIPSON, Warden, <br><br> Respondent. | No. C 13-3431 JSW (PR) <br><br> **ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS** <br><br><br> (Docket No. 4) |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. He was convicted in Sonoma County Superior Court 2004. He previously filed a habeas petition in this Court challenging the same judgment, which petition was denied on its merits. *See Jones v. Adams*, No. C 06-4162 VRW (PR). In the present petition, he contends that he is entitled to relief, i.e. a shorter sentence or immediate release, under California law, specifically California Proposition 36. Federal habeas relief is only available on the basis of a violation of federal law. *Wilson v. Corcoran*, 131 S. Ct. 13, 16 (2010). Claims for relief under state law, or that state law has been violated, are not cognizable in a federal habeas petition. *Swarthout v. Cooke*, 131 S. Ct. 859, 861-62 (2011). And to

whatever extent Petitioner means to challenge the conviction on the basis of federal law, he must first obtain from the United States Court of Appeals for the Ninth Circuit an order authorizing this Court to consider a second or successive petition from him. *See* 28 U.S.C. § 2244(b)(3)(A).

Accordingly, the petition is DISMISSED without prejudice to filing his state court claims in the state courts, including the California Supreme Court.

Petitioner's request to proceed in forma pauperis is GRANTED (dkt. 4).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: October 2, 2013

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK JONES,

        Plaintiff,

  v.

BROWN et al,

        Defendant.

Case Number: CV13-03431 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark Anthony Jones
P.O. Box 3481
C12452
Corcoran, CA 93212-3481

Dated: October 2, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk